JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KENNETH RICHARD BARBER, JR., | Case No. CV 11-9271-DMG (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN SMALLS, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 30, 2012

Dolly M. Gee
United States District Judge